# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-3041**                                      **September Term, 2023**

**1:22-cr-00160-CJN-1**

**Filed On: May 8, 2024** [2053397]

United States of America,

      Appellee

    v.

Charles Clark,

      Appellant

## O R D E R

The notice of appeal was filed on April 10, 2024, and docketed in this court on April 11, 2024. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Docketing Statement Form | May 23, 2024 |
| Transcript Status Report | May 23, 2024 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 15 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                  **FOR THE COURT:**
                  Mark J. Langer, Clerk

          BY:    /s/
                  Laura M. Morgan
                  Deputy Clerk

The following forms and notices are available on the Court's website:

    Criminal Docketing Statement Form
    Entry of Appearance Form
    Transcript Status Report Form