# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 24-3041                          September Term, 2024

1:22-cr-00160-CJN-1

Filed On: December 13, 2024 [2089487]

United States of America,

        Appellee

    v.

Charles Clark,

        Appellant

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | January 31, 2025 |
| Appendix | January 31, 2025 |
| Appellee's Brief | March 3, 2025 |
| Appellant's Reply Brief | March 24, 2025 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
James A. Kaiser
Deputy Clerk