# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-3041** | **September Term, 2024** |
| | 1:22-cr-00160-CJN-1 |
| | **Filed On: February 28, 2025** [2103427] |

United States of America,

    Appellee

  v.

Charles Clark,

    Appellant

### O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | April 8, 2025 |
| Appendix | April 8, 2025 |
| Appellee's Brief | May 8, 2025 |
| Appellant's Reply Brief | May 29, 2025 |

Counsel is reminded that a motion to extend the filing time for a brief must be filed at least 7 days before the brief is due. See D.C. Cir. Rule 28(e)(2).

                                   **FOR THE COURT:**
                                   Clifton B. Cislak, Clerk

                    BY:    /s/
                             James A. Kaiser
                             Deputy Clerk