# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-3041**                                                          **September Term, 2024**

1:22-cr-00160-CJN-1

Filed On: May 9, 2025 [2115205]

United States of America,

    Appellee

  v.

Charles Clark,

    Appellant

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | May 27, 2025 |
| Appendix | May 27, 2025 |
| Appellee's Brief | June 26, 2025 |
| Appellant's Reply Brief | July 17, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Catherine J. Lavender
Deputy Clerk