IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| *Appellee* | : | |
| v. | : | No. 24-3041 |
| **CHARLES CLARK,** | : | |
| *Appellant* | : | |

**APPELLANT'S UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE**

Appellant Charles Clark, by and though his attorney, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., respectfully files the following Unopposed Motion to Extend Briefing Schedule. In support of this Motion, Appellant states as follows.

1. By this Court's prior order, Appellant is due to file his opening brief and appendix by June 27, 2025. Appellant respectfully requests that this Court extend the deadline within which to file the opening brief and appendix through July 11, 2025.

2. Several recent events have conspired to necessitate this request. First, undersigned counsel was out ill the week of June 16, 2025. Second, co-counsel Adam Demetriou was on a pre-planned vacation the week of June 23, 2025. Third, undersigned counsel is scheduled to be on a pre-planned family vacation the

1

week of June 30, 2025. Last, counsel for Mr. Clark are still securing documents that require inclusion in the Joint Appendix.

3. This motion is unopposed. The undersigned counsel has conferred with Assistant United States Attorney Chrisellen Kolb, who has indicated that the United States does not oppose the requested extension.

4. Counsel apologizes for the timing of this request. Counsel requests additional time to prepare the opening brief and appendix in this case, specifically until July 11, 2025..

Wherefore, Appellant Charles Clark respectfully requests that this Court extend the deadline within which to file the opening brief and appendix through July 11, 2025.

## WORD COUNT AND FONT CERTIFICATE

I certify that this Unopposed Motion to Extend Briefing Schedule contains approximately 361 words and is prepared in Times New Roman, 14-point font.

Respectfully submitted,

s/_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane
Suite 700
Greenbelt, Maryland  20770
301-474-0044

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27 2025, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system and sent a copy via email to counsel for the United States.

_____/s/_____
Michael E. Lawlor