# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3041**

**September Term, 2025**

**1:22-cr-00160-CJN-1**

**Filed On: May 11, 2026** [2172735]

United States of America,

      Appellee

    v.

Charles Clark,

      Appellant

## O R D E R

By order filed February 4, 2026, appellant was directed to file a brief by March 27, 2026. To date, the required brief has not been received from appellant. Upon consideration of the foregoing, it is

**ORDERED**, on the court's own motion, that appellant show cause by June 10, 2026, why this case should not be dismissed for lack of prosecution. The response to the order to show cause may not exceed the length limitations established by Fed. R. App. P. 27(d)(2) (5,200 words if produced using a computer; 20 pages if handwritten or typewritten). Failure by appellant to respond to this order may result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Laura M. Morgan
      Deputy Clerk