| UNITED STATES | : | |
|---|---|---|
| *Appellee* | : | |
| | : | |
| v. | : | No. 24-3041 |
| | : | |
| CHARLES CLARK, | : | |
| | : | |
| *Appellant* | : | |

## APPELLANT'S UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE AND RESPONSE TO COURT'S ORDER OF MAY 11, 2026

Appellant Charles Clark, by and though his attorney, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., respectfully files the following Unopposed Motion to Extend Briefing Schedule and Response to this Court's May 11, 2026 Order. In support of this Motion, Appellant states as follows.

1. By this Court's prior order, Appellant was to show cause why the appeal should not be dismissed. Appellant respectfully requests that this Court reset the deadline within which to file the opening brief and appendix through June 10, 2026.

2. Several recent events have interfered with the preparation of Appellant's Opening Brief. First, earlier this year, counsel was out of the office for some time due to a medical issue.

3.  Also, undersigned, who is "learned counsel" as defined by the Federal Death Penalty Act,  has been appointed in the past 18 months to multiple capital-eligible cases in both the District of Columbia the District of Maryland.    These cases, large in scope to begin with based on the nature of the charges and volume of discovery, require the assembling of teams of experts and investigation of a case and a client's social history well beyond the amount of work in non-capital cases. Based on current DOJ policy, the number of potential capital cases, and cases in which capital notices have been filed, has exploded.

4.  This motion is unopposed. The undersigned counsel has conferred with Assistant United States Attorney Chrisellen Kolb, who has indicated that the United States does not oppose the requested extension.

5.  Counsel sincerely apologizes for the timing of this request.   Also, Mr. Clark is serving an unrelated sentence in the State of Maryland in excess of forty years and is not prejudiced by any delay in filing of the brief in this case.

Wherefore, Appellant Charles Clark respectfully requests that this Court extend the deadline within which to file the opening brief and appendix through June 10, 2026.

**WORD COUNT AND FONT CERTIFICATE**

I certify that this Unopposed Motion to Extend Briefing Schedule contains approximately 261 words and is prepared in Times New Roman, 14-point font.

Respectfully submitted,

s/_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane
Suite 700
Greenbelt, Maryland  20770
301-474-0044

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 9, 2026, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system and sent a copy via email to counsel for the United States.

_____/s/_____
Michael E. Lawlor