UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 24-3041

UNITED STATES OF AMERICA, Appellee,

v.

CHARLES CLARK, Appellant.

## Government's Unopposed Motion for Extension of Time to File Appellee's Brief

Pursuant to District of Columbia Circuit Rule 28(e), the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court grant it a 56-day extension, to and including September 3, 2026, in which to file its brief in this case. Appellee's brief is currently due on July 9, 2026. Appellant's counsel does not object to this motion. Appellee has not sought prior extensions of time in which to file its brief, and oral argument has not been scheduled.

Since being assigned to this case, undersigned counsel has been drafting a brief in *United States v. Daniel Melzine Kingery*, No. 25-3118 (D.C. Cir.), which is due on July 13, 2026. Due to a family emergency,

counsel had to take leave from work all last week. Counsel also is scheduled to take a period of leave in mid-July 2026 and will need to take a period of leave in late August 2026. Thus, the additional 56 days requested is necessary to draft appellee's brief and obtain the required supervisory review.

## CONCLUSION

WHEREFORE, the government respectfully requests that the Court grant its motion for an extension of time in which to file its brief in this case, to and including September 3, 2026.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorney

/s/

KATHERINE M. KELLY
D.C. Bar #447112
Assistant United States Attorney
601 D Street, NW, Room 6.232
Washington, D.C. 20530
Katherine.Kelly@usdoj.gov
(202) 252-6829

## CERTIFICATE OF COMPLIANCE WITH RULE 27(D)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 32(g) that this motion contains 225 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
KATHERINE M. KELLY
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing Government's Unopposed Motion for Extension of Time to File Appellee's Brief to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, Michael E. Lawlor, Esq., Brennan McKenna & Lawlor, Chtd., 6305 Ivy Lane, Suite 700, Greenbelt, MD 20770, on this 30th day of June, 2026.

/s/
KATHERINE M. KELLY
Assistant United States Attorney